UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO.  8:09-CR-547-T-17MAP

JACQUELINE PITTS.

_____/

ORDER

This cause is before the Court on:

Dkt. 289     Motion for Disciplinary Proceeding Against
             Attorney Fred Carrington

Defendant Jacqueline Pitts, proceeding pro se, moves for a disciplinary
proceeding against Attorney Fred Carrington.  Although Defendant Pitts has addressed
Defendant's Motion to the Chief Judge of this district, the undersigned presided in this
case and is familiar with the context of the events that transpired during the progress of
this case.

At the status conference of February 19, 2010 (Dkt. 61), this case was
scheduled for trial on April 5, 2010.  After the status conference of March 9, 2010 (Dkt.
68), Defendant's counsel filed a Motion to Determine Competency (Dkt. 67).  Defendant
Pitts was determined to be competent (Dkt. 77).   Thereafter, Defendant Pitts moved to
continue the trial (Dkt. 72); at the status conference of April 1, 2010, the Court denied
the request to continue the trial (Dkt. 78).   On April 5, 2010, before the trial
commenced Defendant Pitts entered an open plea of guilty (Dkt. 204).   On June 25,
2010, based on Defendant Pitt's proffer of conflict with Defendant's counsel, new
counsel was appointed to represent Defendant Pitts (Dkts. 165, 239).

Case No. 8:09-CR-547-T-17MAP

Before sentencing, Defendant Pitts moved to withdraw her guilty plea, and
requested an evidentiary hearing (Dkt. 187). After the hearing (Dkt. 236), the Court
denied Defendant's Motion to Withdraw Plea (Dkt. 216). Defendant Pitts was
sentenced on March 9, 2011 (Dkts. 219, 225). Defendant Pitts appealed Defendant's
final judgment and sentence (Dkt. 231). The Eleventh Circuit Court of Appeals
affirmed Defendant's final judgment and sentence, finding no abuse of discretion in the
denial of Defendant's Motion to Withdraw Plea (Dkt. 254-1).

In denying Defendant Pitts' Motion to Withdraw Plea, the Court found that
Defendant Pitts **had the close assistance of counsel** and her plea was **knowing and
voluntary**, the opposite of Defendant's allegation in this Motion that her plea was
involuntary, coerced and made unknowingly. Defendant Pitts was examined and
determined to be competent to stand trial. Defendant's constitutional rights were
protected at every stage of the proceeding. Defendant testified as to Defendant's
knowledge of the letter attached to Defendant's Motion for Disciplinary Proceeding at
the evidentiary hearing of November 16, 2010 (Dkt. 236, pp. 61-64) on Defendant's
Motion to Withdraw Plea. While the Court was not pleased that an associate of
Defendant's then-counsel, Mr. Carrington, appeared before the undersigned without
filing a notice of appearance, which prompted Mr. Carrington's letter of apology of April
13, 2010, Defendant Pitts was not adversely affected by the Court's displeasure with
Defendant's counsel. When Defendant Pitts communicated Defendant's conflict with
her counsel to the Court, a hearing was conducted and new counsel was appointed.
The Court appointed new counsel in an abundance of caution, to protect Defendant
Pitts and the integrity of the adjudicative process. The assigned Magistrate Judge did
**not** determine that Defendant's then-counsel was ineffective in any way (Dkt. 239, p.
11).

After consideration, the Court denies Defendant Pitts' Motion for Disciplinary
Proceeding against Attorney Fred Carrington. Accordingly, it is

2

ase No. 8:09-CR-547-T-17MAP

**ORDERED** that Defendant's Motion for Disciplinary Proceeding Against Attorney
Fred Carrington (Dkt. 289)  is **denied**.


**DONE and ORDERED** in Chambers, in Tampa, Florida on this
11th day of December, 2014.


ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record