UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                               CASE NO.   8:09-CR-547-T-17MAP

JACQUELINE PITTS.

_____/

ORDER

This cause is before the Court on:

Dkt. 317   Motion for Reconsideration, 18 U.S.C. Sec. 3742(e),
           Post-Sentencing Rehabilitation Programming

Defendant Jacqueline Pitts, pro se, requests a reduction of sentence pursuant to 18 U.S.C. Sec. 3742(e), based on post-sentencing rehabilitation.

Defendant Pitts previously raised this issue. The Court denied Defendant Pitts' Motion (Dkt. 293).

The Court notes that Defendant Pitts appealed the final judgment and sentence. The Eleventh Circuit Court of Appeals affirmed the final judgment and sentence in this case . (Dkt. 254). At sentencing, the Court denied Defendant Pitts' oral Motion for a Downward Departure, and oral Motion for Variance (Dkts. 222, 224).

At Defendant Pitts' change of plea on April 5, 2010, the Court explained the mandatory minimum term on Counts I and II of ten years, and the mandatory minimum term of five years on Count III, to run consecutive to any term of imprisonment imposed on Count I and II.

Case No. 8:09-CR-547-T-17MAP

After consideration, the Court denies Defendant Pitts' Motion. The Court adopts and incorporates the prior ruling. Accordingly, it is

**ORDERED** that Defendant Pitts' Motion for Reconsideration, 18 U.S.C. Sec. 3742(e), Post Sentencing Rehabilitation Programming (Dkt. 317) is **denied.** The Court **adopts and incorporates** the prior ruling (Dkt. 293).

**DONE and ORDERED** in Chambers in Tampa, Florida on this 22nd day of August, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record